IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-02609-JLK**

**CARY NICKOLLS; JAMES BUNDY; GARRETT BODEN; CHANDA BORCHOWIEC; CHRIS BORCHOWIEC; HEATHER BRITTON; MELINDA BURNETT; KATHERINE A. COOK; TAMMY DEITZ; JOAN DIMAURO; EMILIE GUNDERSON; TINA M. HETLEY; ERIC HULETT; LYNN HUYERT; HEIDI JAGGI; ALLISON MEYER; AND TERRY ROUSH,**

        Plaintiffs,

v.

**CITY OF LONGMONT; and**
**COLORADO FRATERNAL ORDER OF POLICE, LONGMONT FRATERNAL ORDER OF POLICE LODGE 6,**

        Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation of Dismissal With Prejudice (doc. #34), filed January 2, 2014, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  January 24, 2014

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT